IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DOROTHY GIBSON AVANCE, as Administratix**                  **PLAINTIFFS**
of the Estate of Dorothy Gibson, deceased;
**MARY GIBSON FULTZ, as Administratix of the**
Estate of Melanie Gibson, deceased;
**LEESTER GARNER–GAGE, as Administratix of the**
Estate of Luevina Garner, deceased; and
**BERNICE HOWARD**

**v.**                        **CASE NO. 2:15CV00104 BSM**

**RONALD L. DAVIS, JR., as Special Administrator**
of the Estate of Deborah Russell, deceased; and
**FORD MOTOR COMOPANY**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE